1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BALLARD ROSENBERG GOLPER & SAVITT, LLP
15760 VENTURA BOULEVARD, EIGHTEENTH FLOOR
ENCINO, CALIFORNIA 91436

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

RONALD STRAWSER, on behalf of himself
and others similarly situated,

             Plaintiff,

       vs.

ALLEN DISTRIBUTION; ALLEN
DISTRIBUTION, LP; ALLEN
DISTRIBUTION, LLC; and DOES 1 TO 100,
inclusive,

            Defendants.

Case No. 2:22-CV-01733-WBS-KJN

**ORDER GRANTING STIPULATION TO
FURTHER EXTEND TIME TO RESPOND
TO INITIAL COMPLAINT BY NOT
MORE THAN 14 DAYS**

Action Removed: September 30, 2022
Current Response Date: November 4, 2022
New Response Date: November 18, 2022

2008650.1

1

**ORDER GRANTING STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO
INITIAL COMPLAINT BY NOT MORE THAN 14 DAYS**

**ORDER**

The Court, having reviewed and considered the parties' Stipulation to Further Extend Time to Respond to Initial Complaint By Not More Than 14 days, and finding good cause, hereby orders as follows:

The time for Defendant Allen Distribution, LP to respond to Plaintiff Ronald Strawser's Complaint is further extended from November 4, 2022 to November 18, 2022.

Dated:  November 4, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

BALLARD ROSENBERG GOLPER & SAVITT, LLP
15760 VENTURA BOULEVARD, EIGHTEENTH FLOOR
ENCINO, CALIFORNIA 91436

2008650.1

2

**ORDER GRANTING STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 14 DAYS**