Joseph Lavi, Esq. (SBN 209776)
Vincent C. Granberry, Esq. (SBN 276483)
Danielle E. Montero, Esq. (SBN 333945)
Joshua Gillins, Esq. (SBN 338662)
**LAVI & EBRAHIMIAN, LLP**
8889 W. Olympic Boulevard, Suite 200
Beverly Hills, California 90211
Telephone: (310) 432-0000
Facsimile: (310) 432-0001
Email: jlavi@lelawfirm.com
        vgranberrry@lelawfirm.com
        dmontero@lelawfirm.com
        jgillins@lelawfirm.com
        wht2@lelawfirm.com

Attorneys for Plaintiff RONALD STRAWSER,
on behalf of himself and others similarly situated

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD STRAWSER, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALLEN DISTRIBUTION; ALLEN DISTRIBUTION, LP; ALLEN DISTRIBUTION, LLC; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No.: 2:22-CV-01733-WBS-KJN<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>Honorable William B. Shubb<br>Courtroom 5 |

**NOTICE OF WITHDRAWAL OF COUNSEL**

1

**TO THIS HONORABLE COURT, ALL DEFENDANTS, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff RONALD STRAWSER hereby files this Notice of Withdrawal of Counsel for the purpose of removing Joshua Gillins, Esq. (State Bar No. 338662) as counsel in the above-captioned case. Additionally, please remove Mr. Gillins's email from the e-filing notice list in this matter: jgillins@lelawfirm.com.

Dated: May 11, 2023         Respectfully submitted,
                            **LAVI & EBRAHIMIAN, LLP**

                    By:     */s/ Joshua Gillins*
                            Joseph Lavi, Esq.
                            Vincent C. Granberry, Esq.
                            Danielle E. Montero, Esq.
                            Joshua Gillins, Esq.

                            Attorneys for Plaintiff RONALD STRAWSER,
                            on behalf of herself and others similarly situated

---

**NOTICE OF WITHDRAWAL OF COUNSEL**
2