**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD STRAWSER, on behalf of himself and others similarly situated,<br><br>       Plaintiff,<br><br>  vs.<br><br>ALLEN DISTRIBUTION; ALLEN DISTRIBUTION, LP; ALLEN DISTRIBUTION, LLC; and DOES 1 TO 100, inclusive,<br><br>       Defendants. | Case No. 2:22-CV-01733-WBS-KJN<br><br>**ORDER RE: STIPULATION AND JOINT REQUEST TO STAY PROCEEDINGS PENDING COMPLETION OF PRIVATE MEDIATION**<br><br>Before the Honorable William B. Shubb, United States District Judge<br><br>Complaint Filed: 8/19/22<br>Removal Date:  9/30/22<br>FAC Filed:   11/18/22<br>Trial Date:   8/27/24 |

**ORDER RE: STIPULATION AND JOINT REQUEST TO STAY PROCEEDINGS PENDING COMPLETION OF PRIVATE MEDIATION**

1      Having considered the Parties' Stipulation and Joint Request
2   to Stay Proceedings Pending Completion of Private Mediation, and
3   good cause appearing therefore, this Court hereby grants the
4   Parties' request to stay all proceedings pending completion of
5   private mediation. This Court hereby ORDERS as follows:

6          1.   That all dates currently set by this Court shall
7   be vacated and the matter stayed pending the Parties' completion
8   of private mediation;

9          2.   Should the parties require any involvement by the
10  Court prior to private mediation, or should the parties succeed
11  in resolving this matter at the private mediation, the Parties
12  will promptly inform the Court;

13         3.   Should the Parties be unable to resolve this
14  matter, the Parties will submit a joint status report to the
15  Court no later than July 26, 2024 (30 days after the parties'
16  selected mediation date) to advise of the status of this matter
17  and to propose new deadlines and a trial date (after speaking
18  with the Courtroom deputy about same) so that the Court may issue
19  a new Scheduling Order.

21     **IT IS SO ORDERED.**

24  Dated:  January 9, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1
**ORDER RE: STIPULATION AND JOINT REQUEST TO STAY PROCEEDINGS PENDING COMPLETION OF PRIVATE MEDIATION**