# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD STRAWSER, on behalf of himself and others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ALLEN DISTRIBUTION; ALLEN DISTRIBUTION, LP; ALLEN DISTRIBUTION, LLC; and DOES 1 TO 100, inclusive,<br><br>　　　　Defendants. | Case No. 2:22-CV-01733-WBS-KJN<br><br>**ORDER RE: JOINT POST-MEDIATION STATUS CONFERENCE STATEMENT (DKT.24)**<br><br>Before the Honorable William B. Shubb, United States District Judge<br><br>Complaint Filed: 8/19/22<br>Removal Date:　9/30/22<br>FAC Filed:　　11/18/22<br>Trial Date:　　8/27/24 |

**ORDER RE: JOINT POST-MEDIATION STATUS CONFERENCE STATEMENT (DKT.24)**

Having considered the Parties' Joint Post-Mediation Status Conference Statement and Request to Continue Stay of Proceedings therein, and good cause appearing therefore, this Court hereby ORDERS as follows:

1. This matter shall remain stayed pending final approval of the Parties' settlement in the PAGA Action pending in San Joaquin County Superior Court as Case No. STK-CV-UOE-2022-001127;

2. After final approval of the Parties' settlement has been granted in the PAGA Action, the Parties shall notify this Court of the same and seek dismissal of the instant action within 15 days thereof.

3. If the court does not receive notification of the final approval of the settlement in the PAGA Action by January 31, 2025, the parties shall file a Joint Status report by February 10, 2025.

**IT IS SO ORDERED.**

Dated: August 21, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

1
**ORDER RE: STIPULATION AND JOINT REQUEST TO STAY PROCEEDINGS PENDING COMPLETION OF PRIVATE MEDIATION**