**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD STRAWSER, on behalf of himself and others similarly situated,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ALLEN DISTRIBUTION; ALLEN DISTRIBUTION, LP; ALLEN DISTRIBUTION, LLC; and DOES 1 TO 100, inclusive,<br><br>　　　　Defendants. | Case No. 2:22-CV-01733-WBS-CSK<br><br>**ORDER**<br><br>Before the Honorable William B. Shubb, United States District Judge<br><br>Complaint Filed: 8/19/22<br>Removal Date:　　9/30/22<br>FAC Filed:　　　11/18/22<br>Trial Date:　　　None Set |

**ORDER**

**ORDER**

PURSUANT TO THE JOINT STATUS REPORT, in light of the settlement, this entire action is stayed. The parties shall notify this Court of the status of this action by the filing of a joint status report within 15 days after the state court has ruled on the Motion for Preliminary Approval in the state court PAGA Action.

**IT IS SO ORDERED.**

Dated: February 20, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE